IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| RICKEY PHILLIPS | : | NO. 09-202-03 |

## O R D E R

**AND NOW**, this 24th day of September, 2009, upon consideration of Defendant's Motion to Sever Pursuant to Rule 14 of the Federal Rules of Criminal Procedure (Document No. 68, filed August 28, 2009) and the Government's Response in Opposition to Defendant's Motion to Sever (Document No. 70, filed September 18, 2009), for the reasons stated in the Memorandum of September 24, 2009, **IT IS ORDERED** that Defendant's Motion to Sever Pursuant to Rule 14 of the Federal Rules of Criminal Procedure is **DENIED**.

BY THE COURT:

/s/ Jan E. Dubois, J.
JAN E. DUBOIS, J.